IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

TREVOR FITZGIBBON        )
                                   )
       Plaintiff,          )
                                   )
v.                                )         <u>Case No. 3:18-cv-247-REP</u>
                                 )
                                 )
JESSELYN A. RADACK       )
                                 )
       Defendant.      )
                                 )

# **FINANCIAL INTEREST DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1(A)(1) of the United States District Court for the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Trevor Fitzgibbon, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

DATED:      April 15, 2018

Signature of Counsel on Next Page

TREVOR FITZGIBBON


By:___*/s/ Steven S. Biss*_____
        Steven S. Biss (VSB # 32972)
        300 West Main Street, Suite 102
        Charlottesville, Virginia 22903
        Telephone:    (804) 501-8272
        Facsimile:    (202) 318-4098
        Email:       **stevenbiss@earthlink.net**

        *Counsel for the Plaintiff*