# Steven S. Biss

| | |
|---|---|
| **From:** | "Steven S. Biss" <stevenbiss@earthlink.net> |
| **Date:** | Friday, April 13, 2018 3:13 PM |
| **To:** | <Jess@exposefacts.org> |
| **Attach:** | Complaint - 4.13.18.pdf; Preservation Letter - Radack - 4.13.18.pdf |
| **Subject:** | Fitzgibbon - Radack (E.D. Va.) |

Ms. Radack,

I represent Trevor Fitzgibbon in connection with his claims against you for Malicious Prosecution, Defamation and Insulting Words.

Attached in PDF is a copy of Mr. Fitzgibbon's Complaint filed this afternoon in the United States District Court for the Eastern District of Virginia, Richmond Division.

Also attached in PDF is a Preservation Letter.

On Monday, I will email you a completed Waiver of Service of Summons form.

Please refer this matter to your legal counsel and insurer immediately.

Call or email me if you have any questions.


Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, Virginia 22903
Mobile: (804) 501-8272
Facsimile: (202) 318-4098
Email: stevenbiss@earthlink.net
Email: ssbiss@yahoo.com
LinkedIn: www.linkedin.com/in/steven-s-biss-6517037