IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                              Civil Action No. 3:18-cv-247

JESSELYN A. RADACK,

    Defendant.

**ORDER**

Having considered Defendant's MOTION TO WITHDRAW AS COUNSEL (ECF No. 36), the briefing in support of and opposition thereto, and the arguments of counsel, and in the interests of justice, it is hereby ORDERED that Defendant's MOTION TO WITHDRAW AS COUNSEL (ECF No. 36) is denied without prejudice to the later filing of a motion to withdraw once Defendant has obtained replacement counsel to represent her.

It is further ORDERED that the pretrial conference scheduled for August 15, 2018 is continued generally. The pretrial conference, and the deadline for holding a Rule 26(f) conference, will be rescheduled by separate ORDER to dates after Defendant has obtained replacement counsel.

It is further ORDERED that Defendant shall obtain replacement counsel as expeditiously as possible, but no later than August 23, 2018. Defendant's replacement counsel shall notice their appearance

in this matter by that date.

It is further ORDERED that current counsel shall, by August 23, 2018, complete the production of all outstanding requests for production of jurisdictional documents.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: August 2, 2018

2