UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TREVOR FITZGIBBON, | ]<br>]<br>] |
| Plaintiff, | ]<br>] |
| vs. | ] Civil Action No. 3:18-cv-247-REP<br>] |
| JESSELYN A. RADACK, | ]<br>] |
| Defendant. | ]<br>] |

### STATUS REPORT

TO THE HONORABLE ROBERT E. PAYNE, U.S. DISTRICT JUDGE:

COMES NOW Jesselyn A. Radack, defendant herein, and debtor and debtor in possession ("Debtor"), by and through her undersigned attorneys, and provides this Status Report to the Court:

1. The Debtor's Chapter 11 case remains open and pending.

2. As noted previously, the Debtor has commenced the examination of claims against her to be addressed in a Chapter 11 Plan of Reorganization, which the Debtor has begun drafting through counsel, along with the statutory disclosure statement, under 11 U.S.C. §1125.

3. The Debtor anticipates filing her Chapter 11 Plan of Reorganization in the next 20 days, barring a continuation of the Federal partial shutdown and any adverse impact on the judicial branch.

Dated: January 18, 2019                                  Respectfully submitted,

                                               */S/ Jeffrey M. Sherman*
                                               Jeffrey M. Sherman, VSB 22424
                                               LAW OFFICES OF JEFFREY M. SHERMAN
                                               1600 N. Oak Street, Suite 1826
                                               Arlington, VA 22209
                                               (703) 855-7394
                                               jeffreymsherman@gmail.com
                                               Attorneys for the Debtor

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, I served a copy of the foregoing by first class mail, postage prepaid, or, where available (if so indicated), by electronic means, to:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
stevenbiss@earthlink.net

D. Margeaux Thomas
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
mthomas@thomaslawplc.com

                                               */S/ Jeffrey M. Sherman*
                                               Jeffrey M. Sherman