IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,

    Plaintiff,

v.                                          Civil Action No. 3:18cv247

JESSLYN A. RADACK,

    Defendant.

**ORDER TO SHOW CAUSE**

Having considered the NOTICE OF NONCOMPLIANCE WITH COURT'S ORDER REQUIRING STATUS REPORTS and NOTICE OF STATUS OF BANKRUPTCY CASE (ECF No. 85), and the belated STATUS REPORT (ECF No. 86) filed thereafter, it is hereby ORDERED that the defendant, Jesslyn A. Radack, shall show cause why she should not be held in contempt of Court for violating the ORDER entered on July 31, 2018 (ECF No. 41) in making the statements referred to in paragraph 19 of the NOTICE OF NONCOMPLIANCE WITH COURT'S ORDER REQUIRING STATUS REPORTS and NOTICE OF STATUS OF BANKRUPTCY CASE (ECF No. 85).

The defendant shall file her response to this ORDER TO SHOW CAUSE by April 5, 2019; the plaintiff shall file his response by April 12, 2019; and the defendant shall file her reply by April 18, 2019.

After reviewing the pleadings, the Court will determine whether oral argument or an evidentiary hearing is required, but the parties may express their preference for the presentation of evidence and/or argument in the filings listed above.

Ms. Radack is ADMONISHED that the automatic stay in the bankruptcy case does not eliminate the requirement that she obey the restraining terms of the ORDER entered herein on July 31, 2018 (ECF No. 41) and that the automatic stay does not exempt her from the consequences of any such breach of that ORDER. Further, the Court is concerned that the acrimony between the parties that is reflected in the papers in this case appears to be continuing, and will continue until the substance of this case is resolved on its merits. Accordingly, counsel for the plaintiff and the defendant are instructed to proceed promptly to secure such decisions from the Bankruptcy Court as are necessary so the substance of the AMENDED COMPLAINT in this case can be resolved. The Court is confident that, if counsel for the parties act promptly to that end, the Bankruptcy Court will act promptly to make such decisions as are necessary and appropriate.

The Clerk is directed to send a copy of this ORDER TO SHOW CAUSE to the Clerk, United States Bankruptcy Court for the District of Columbia, to be filed in In re: Jesselyn Radack, Case No. 18-00634-SMT in that Court and the Clerk of that Court is asked to

submit this ORDER TO SHOW CAUSE to the Bankruptcy Judge presiding over the defendant's bankruptcy proceedings.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: March 21, 2019