UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

TREVOR FITZGIBBON,                    ]
                                      ]
                Plaintiff,            ]
                                      ]
vs.                                   ]        Civil Action No. 3:18-cv-247-REP
                                      ]
JESSELYN A. RADACK,                   ]
                                      ]
                Defendant.            ]
                                      ]

## STATUS REPORT (APRIL 2019)

TO THE HONORABLE ROBERT E. PAYNE, U.S. DISTRICT JUDGE:

COMES NOW Jesselyn A. Radack, defendant herein, and debtor and debtor in possession ("Debtor"), by and through her undersigned attorneys, and provides this Status Report to the Court:

1. The Debtor's Chapter 11 case remains open and pending.

2. Pursuant to the terms of a negotiated settlement of the claims and counterclaims set forth in this Civil Action, the parties executed a written settlement agreement, subject to the approval of the Bankruptcy Court in the District of Columbia, required pursuant to Fed. R. Bankr. P. 9019. A motion seeking that approval was filed by Ms. Radack on April 11, 2019, with an objection deadline of May 1, 2019, and a hearing date – if necessary – on May 2, 2019. In addition, pursuant to the agreed settlement terms, the agreement itself has been filed under seal, with the approval of the Bankruptcy Court (an order to that effect was entered by the Bankruptcy Court on April 11, 2019).

3.  Anticipating the approval of the Bankruptcy Court, the parties also agreed that, in the interim, while approval of the Bankruptcy Court was pending, there would be extensions of time to further litigate the various motions and other matters pending between the parties before the Bankruptcy Court.  The Bankruptcy Court acknowledged the agreement of the parties to that effect, and, on the record (Docket No. 76), reset several response deadlines at a status conference convened and held by the Bankruptcy Court on or about March 27, 2019.

4.  The settlement agreement contemplates the dismissal of the bankruptcy proceedings, and, thus, Ms. Radack anticipates that dismissal following the approval of the settlement agreement by the Bankruptcy Court on or about May 2, 2019l.

Dated: April 16, 2019                        Respectfully submitted,


  */S/ Jeffrey M. Sherman*_____
Jeffrey M. Sherman, VSB 22424
LAW OFFICES OF JEFFREY M. SHERMAN
1600 N. Oak Street, Suite 1826
Arlington, VA 22209
(703) 855-7394
jeffreymsherman@gmail.com
Attorneys for the Debtor

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 16, 2019, I served a copy of the foregoing by first class mail, postage prepaid, or, where available (if so indicated), by electronic means, to:

Steven S. Biss
300 West Main Street, Suite 102
Charlottesville, VA 22903
stevenbiss@earthlink.net

D. Margeaux Thomas
The Thomas Law Office PLC
11130 Fairfax Blvd., Suite 200-G
Fairfax, VA 22030
mthomas@thomaslawplc.com

 */S/ Jeffrey M. Sherman*
Jeffrey M. Sherman