IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| TREVOR FITZGIBBON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-247-REP |
| ) | |
| ) | |
| JESSELYN A. RADACK ) | |
| ) | |
| Defendant. ) | |
| ) | |

# **JOINT STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff, Trevor Fitzgibbon, and defendant, Jesselyn Radack, by and through their respective counsel, hereby stipulate and agree that this action, including the second amended complaint and counterclaim, shall be dismissed with prejudice, with each party bearing his or her own costs and attorney's fees.

DATED:     May 2, 2019

| | |
|---|---|
| */s/ Steven S. Biss* | */s/ D. Margeaux Thomas* |
| Steven S. Biss (VSB # 32972) | D. Margeaux Thomas (VSB # 75582) |
| 300 West Main Street, Suite 102 | The Thomas Law Office, PLC |
| Charlottesville, Virginia 22903 | 11130 Fairfax Blvd., Suite 200-G |
| Telephone:   (804) 501-8272 | Fairfax, VA 22030 |
| Facsimile:   (202) 318-4098 | Telephone:   703.957.2577 |
| Email:   stevenbiss@earthlink.net | Facsimile:   703.957.2578 |
| | Email: mthomas@thomaslawplc.com |
| *Counsel for the Plaintiff* | |
| | *Counsel for the Defendant* |