# THOMAS LAW OFFICE

P: 703.957.2577
F: 703.957.2578
mthomas@thomaslawplc.com

May 10, 2019

**VIA FEDERAL EXPRESS TO:**

U.S. District Court for the Eastern District of Virginia
Attn: Clerk of Courts Office
701 East Broad Street, Suite 3000
Richmond, Virginia 23219

Re: **Trevor Fitzgibbon v. Jessleyn A. Radack**
Civil Action No. 3:18-cv-247-REP

Dear Clerk,

Please find enclosed a $500.00 check to satisfy the monetary sanction set forth in the Order (ECF No. 97) entered by this Court in the above-referenced matter.

Should you have any questions, please contact us at 703-957-2577.

Sincerely,

D. Margeaux Thomas, Esq.

Cc: Steven S. Biss, Esq.

Enclosure



RECEIVED MAY 13 2019 CLERK U.S. DISTRICT COURT RICHMOND, VA.

11130 Fairfax Boulevard, Suite 200-G, Fairfax, Virginia 22030
www.thomaslawplc.com DC MD VA